| | |
|---|---|
| 1 | District Judge Benjamin H. Settle |

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| VICTORIA VERDES, | Case No. 3:24-cv-05862-BHS |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| MERRICK GARLAND, *et al.*, | Noted for Consideration: February 28, 2025 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05862-BHS] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 28th day of February, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (206) 553-7970
Fax:    (206) 553-4067
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 70 words, in compliance with the Local Civil Rules.*

s/ Victoria Verdes
VICTORIA VERDES
242 168th Street E
Spanaway, Washington 98387
Phone: 425-365-8111
Email: verdesvictoria12@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05862-BHS] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Victoria Verdes, *Pro Se Plaintiff*
242 168th Street E
Spanaway, Washington 98387

DATED this 3rd day of February, 2025.

s/ Stephanie Huerta-Ramirez
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone:  (206) 553-7970
Fax:      (206) 553-4073
Email:   Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05862-BHS] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 3rd day of March, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05862-BHS] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800